# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Spencer Robinson

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

RECEIVED

JUN 1 8 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

vs.

Nedra Chandler

Wendy Meyer

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No:_____08 C 50 1 07_____
(To be  supplied  by the  Clerk of  this  Court)

Reinhard

**CHECK ONE ONLY:**

__✓__        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
             U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
             28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Spencer Robinson_

    B.    List all aliases: _None_

    C.    Prisoner identification number: _N-71571_

    D.    Place of present confinement: _Dixon Correctional Center_

    E.    Address: _2600 N. Brinton Ave. Dixon IL. 61025_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Nedra Chandler_

        Title: _Warden_

        Place of Employment: _Dixon Correctional Center_

    B.    Defendant: _Wendy Meyer_

        Title: _Mailroom Supervisor_

        Place of Employment: _Dixon Correctional Center_

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I filed a grievance on 12-18-07

2.    What was the result?

Counselor's response; was, per mailroom Sup. Wendy Meyer, The mail was sent back to him for more postage, It was mailed in a timely manner After voucher was recieved,

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

Yes I did-- My appeal to the Director was denied by Melody J. Ford And Roger E. walker JR.

D.    If your answer is **NO**, explain why not:

3

E.   Is the grievance procedure now completed?   YES (✓)  NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.   If your answer is **YES**:



1.   What steps did you take?

_____

_____

_____

2.   What was the result?

_____

_____

_____

H.   If your answer is **NO**, explain why not:

_____

_____

_____

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A.    Name of case and docket number: _____

                    _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

                    _____

                    _____

                    _____

    D.    List all defendants: _____

                    _____

                    _____

                    _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

                    _____

    G.    Basic claim made: _____

                    _____

                    _____

    H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  _____

                    _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

I was summon's to answer a divorce petition In The superior court of fulton county State of Georgia, with a deadline of November 19th of 2007 I filed my answer to the petition on october 31st of 2007, had it notarized, attached a money voucher And put it in Dixon's correctional center Mailbag on october 31st of 2007. Money was tooken from my account for extra postage on November 1st of 2007. I have attached a transaction statement from Dixon's correctional center's trust fund Showing that after Payment was recieved Dixon's mailroom delayed in the disbursement 16 days. causing a Judgement of default to be entered against me. which I have also attached a copy of final Judgement.

6

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I would like to be awarded $50.000
for my losses caused by delaying my
mail~

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _16_ day of _June_ , 20 _08_

_Spencer Robinson_
(Signature of plaintiff or plaintiffs)

_SPENCER RobiNSON_
(Print name)

_N~ 71571_
(I.D. Number)

_Dixon correctional center_
_2600 N. Brinton Ave._
_Dixon IL 61021_
(Address)

8

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

Tina Robinson,            *

                      *

           Petitioner,     *     Civil Action File No. 2007CV140665

v.                      *

Spencer Robinson,      *

                      *

           Respondent.     *



FILED IN OFFICE

DEC 1 2 2007

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

### FINAL JUDGMENT AND DECREE

Upon consideration of this case and upon evidence submitted as provided by law, (with Petitioner appearing on November 11, 2007 before this Court and evidence taken, and Respondent failing to appear and no answer made to the Petition for Divorce, it is the judgment of the court that a total divorce be granted, that is to say a *divorce a vinculo matrimonii*, between the parties to the above-stated case upon legal principles.   And it is considered, ordered, and decreed by the court that the marriage contract heretofore entered into between the parties to this case, from and after this date, be and is set aside and dissolved as fully and effectually as if no such contract had ever been made or entered into, and Petitioner and Respondent in the future shall be held and considered as separate and distinct persons altogether unconnected by any nuptial union or civil contract, whatsoever, and both shall have the right to remarry. Petitioner is restored to her former name, to wit: Roberts. Any property in Petitioner's possession shall be awarded to her.

SO ORDERED, this ___ day of _____, 2007.

_____
For The Honorable Gail S. Tusan
Judge, Superior Court of Fulton County

Order prepared by:
Mariel Risner, Attorney for Petitioner
The Georgia Law Center for the Homeless
100 Edgewood Avenue NE, Suite 1625
Atlanta, GA 30303

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

07-12-1806

| Date: 12-18-07 | Offender: (Please Print) SPENCER Robinson | ID#: N-71571 |
|---|---|---|
| Present Facility: Dixon | Facility where grievance issue occurred: Dixon | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): 3rd F4/TH

- [ ] Disciplinary Report: ____/____/____
  Date of Report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I'm filing this grievance against Dixon C.C. Mail room for ~~their~~ negligence, on October 31st of 2007 I sent legal mail to mailroom with a money voucher for extra needed postage, which was 17 cent more, that was tooken from my account on November 1st of 2007 this mail was clearly marked as privilege mail which I had a dead line to meet with a courtroom in Atlanta, GA who has now entered a judgement of default against me, because the dixon c.c. mailroom neglected to send my mail out in a proper manner they ~~kep~~ kept my mail 15 day after money for extra postage

**Relief Requested:** I wish to be compensated for my lose caused by their neglect open for discussion

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Spencer Robinson | N-71571 | 12-18-07 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12/18/07      [ ] Send directly to Grievance Officer      [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per mailroom Sup. Wendy Meyer, The mail was sent back to To him for more postage. It was mailed in a timely manner after voucher was received. /Which is A LIE!!!/

| Terry Hughes | Terry Hughes #124 | 19,07 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: __December 27, 2007__     Date of Review: __January 24, 2008__     Grievance # (optional): _07-12-106_

Offender: ___Robinson, Spencer_____     ID#: ____N71571_____

Nature of Grievance: Mailroom, delivery

**Facts Reviewed:** This Grievance Officer notes Inmate Robinson's concern regarding the delivery of his legal mail. Inmate Robinson states that he mailed a legal letter and attached a money voucher with extra postage (17cents). He states that mailroom staff neglected to send his mail out and therefore caused him to miss a legal deadline, resulting in a judgment of default against him. He is asking to be compensated for his loss based on his allegation that mailroom staff were negligent in their duties.

According to the Mailroom Supervisor, Inmate Robinson's mail was sent back to him due to insufficient postage. She further states that when he provided the necessary postage, his mail was processed in a timely manner.

This Grievance Officer cannot substantiate Inmate Robinson's allegations of staff misconduct by mailroom staff and therefore cannot recommend that he be compensated as requested.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Robinson's postage issue has been addressed and recommends this grievance be denied.

_____Chris Barnhart, CCII_____     _____ CCII
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _____     ☐ I concur     ☐ I do not concur     ☐ Remand

Comments:

_____
Chief Administrative Officer's Signature                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____     _____     _____
Offender's Signature                    ID#                      Date

**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

April 17, 2008

Spencer Robinson
Register No.  N71571
Dixon Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on February 6, 2008, regarding mail handling (mail delayed due to non-sufficient postage), which was alleged to have occurred at Dixon Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's report, 07-12-106, and subsequent recommendation dated January 24, 2008 and approval by the Chief Administrative Officer on January 31, 2008 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Nedra Chandler, Dixon Correctional Center
      Spencer Robinson, Register No. N71571



UNITED STATES POSTAGE
PITNEY BOWES
$ 02.53⁰
JUN 17 2008
02 1M
0004254712
MAILED FROM ZIP CODE 61021



This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

