# United States District Court
## Northern District of Illinois
### Western Division

Spencer Robinson                                    **JUDGMENT IN A CIVIL CASE**

       v.                                              Case Number: 08 C 50107

Nedra Chandler et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that the Court grants Plaintiff's motion for leave to file *in forma pauperis* and orders the trust fund officer to deduct $1.78 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the rust fund officer at Dixon Correctional Center. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6) for failure to state an actionable federal claim. The case is terminated. Plaintiff's motion for appointment of counsel is denied as moot. This dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).


                                                 Michael W. Dobbins, Clerk of Court

Date: 6/30/2008

                                                 /s/ Jennifer Titak, Deputy Clerk